AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ABRAHAM ESPANOL-GASPAR<br><br>*Defendant(s)* | Case No. 8:16-mj-1826 (JSS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 29, 2016__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a) and (b)(2) | Illegal alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Spicciati, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/29/16

_____
*Judge's signature*

City and state: Tampa, Florida

JULIE S. SNEED, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Abraham ESPANOL-GASPAR, a/k/a Abraham ESPANOL-GASPER, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

## FACTS AND CIRCUMSTANCES

4. On or about December 27, 2016, ICE ERO received a phone tip that ESPANOL-GASPAR was working at Britt's Pizza in Treasure Island, Pinellas County, Florida after having been previously deported from the United States.

5. On December 29, 2016 ICE ERO officers found ESPANOL-GASPAR outside Britt's Pizza in Treasure Island, Pinellas County, Florida within the Middle District of Florida.

6. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to ESPANOL-GASPAR. Upon review of these documents, I determined that ESPANOL-GASPAR is a native and citizen of Mexico and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about February 9, 2011.

7. Fingerprints taken of ESPANOL-GASPAR were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

8. Computer record checks also indicate that ESPANOL-GASPAR was convicted of Aggravated Battery, on or about November 16, 2009, in the Sixth Judicial Circuit in Pinellas County, Florida and that he was sentenced to 24.3 months imprisonment.

9. No information exists, either in the A-file documents or the computer databases, that ESPANOL-GASPAR had either requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportation.

## CONCLUSION

10. Based on the foregoing facts, I believe there is probable cause to establish that ESPANOL-GASPAR, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Scott Spicciati, Deportation Officer
U.S. Immigration and Customs Enforcement,
Enforcement and Removal Operations

Subscribed and sworn before me
This 29th day of December, 2016

_____
JULIE S. SNEED
United States Magistrate Judge

C:\Users\lvito\AppData\Local\Temp\notesCE1A4B\~6880263.doc

3